W. A. WELLS, APPELLEE, V. FARMERS STATE BANK OF OVERTON: E. H. LUIKART, RECEIVER, APPELLANT.

FILED FEBRUARY 14, 1933. No. 28316.

· *Frank M. Johnson, F. C. Radke* and *Barlow Nye,* for appellant.

*James E. Bednar, contra.*

Heard before ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ., and RAPER, District Judge.

DAY, J.

This case was argued before the court at the same time as *Wells v. Farmers State Bank of Overton, ante,* p. 386,

and is similar in all respects, except that it involves the foreclosure of a mortgage of a different tract of land. Following the opinion in that case, the judgment is

AFFIRMED.